## S00A2058. ATILANO v. BOARD OF COMMISSIONERS OF COLUMBIA COUNTY.

(541 SE2d 385)

SEARS, Justice.

This appeal stems from the trial court's decision permitting the relocation of a private, abandoned cemetery.[1] Because the record shows that the trial court properly considered the factors specified in OCGA § 36-72-8, and because the record supports the trial court's finding that the interest of Columbia County in relocating the cemetery outweighs any and all competing interests[2] in leaving the cemetery undisturbed, we hereby affirm the decision of the trial court.[3]

*Judgment affirmed. All the Justices concur.*

DECIDED FEBRUARY 5, 2001.

*Paul W. David,* for appellant.

*Hull, Towill, Norman, Barrett & Salley, William J. Keogh III, Fletcher, Harley & Fletcher, William L. Fletcher, Leonard O. Fletcher, Jr., Burnside, Wall, Daniel, Ellison & Revell, Harry D. Revell,* for appellee.

---

[1] See OCGA § 36-72-14 (a).

[2] Of nine known descendants, the appellant is the only one who opposes the trial court's ruling.

[3] See *Hughes v. Cobb County,* 264 Ga. 128, 130-131 (441 SE2d 406) (1994).